UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO:  AU:26-CR-00205(1)-ADA |
| | § | |
| (1) OBENIEL ISAI GOMEZ-VILLEDA | § | |

## **ORDER**

On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed April 24, 2026, wherein the defendant (1) OBENIEL ISAI GOMEZ-VILLEDA waived appearance before this Court and appeared before United States Magistrate Judge Susan Hightower for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocation.  The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant (1) OBENIEL ISAI GOMEZ-VILLEDA to the Report and Recommendation, the Court enters the following order:

**IT IS THEREFORE ORDERED** that the defendant (1) OBENIEL ISAI GOMEZ-VILLEDA 's plea of guilty to Count One (1) is accepted.

Signed this 8th day of May, 2026.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE